UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ and MARIA L. VASQUEZ,<br><br>          Plaintiff,<br><br>  v.<br><br>SAXON MORTGAGE SERVICES, INC.etc., et al.<br>          Defendants. | Case No. EDCV 09-739-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Saxon Mortgage Services, Inc. and the Bank of New York Melon, as Successor Trustee under Novastar Mortgage Funding Trust 2004-4 is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 5, 2009

                                            VIRGINIA A. PHILLIPS
                                            United States District Judge